663 A.2d 636

IN THE MATTER OF JEFFREY R. POCARO,
AN ATTORNEY AT LAW.

September 11, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on June 15, 1995, recommending that **JEFFREY R. POCARO** of **SUMMIT,** who was admitted to the bar of this State in 1982, be suspended from the practice of law for a period of one year for his admitted violation of *RPC* 8.4(b) and (c), respondent having engaged in fraudulent conduct while acting as attorney for the borrower in a sale-leaseback transaction involving race horses, and good cause appearing;

It is ORDERED that **JEFFREY R. POCARO** is hereby suspended from practice for a period of one year, effective September 30, 1995, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.